IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| QUENTIN COOKS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO. 5:12-CV-223-MTT-MSH |
| | : | 42 U.S.C. § 1983 |
| Warden CARL HUMPHREY, | : | |
| | : | |
| Defendant. | : | |
| _____ | | |

## REPORT AND RECOMMENDATION

On September 10, 2012, the Court entered an Order directing Plaintiff to show cause why his case should not be dismissed for failure to pay the initial partial filing fee and for failure to comply with the Court's orders. (Order to Show Cause 1, Sept. 10, 2012, ECF No. 9.) In response, Plaintiff moved to dismiss his complaint. (Pl.'s Mot. to Dismiss 1, ECF No. 10.) Since the Defendants have not yet been served in this case, the Court construes Plaintiff's motion as a motion for voluntary dismissal pursuant to Federal Rules of Civil Procedure Rule 41(a)(1). Such a voluntary dismissal does not typically require a court order, but the Plaintiff has filed the presently pending motion. Consequently, the Court recommends granting Plaintiff's motion and dismissing the action without prejudice.

Wherefore it is recommended that Plaintiff's motion (ECF No. 10) be granted and his Complaint be dismissed without prejudice. Pursuant to 28 U.S.C. § 636(b)(1), the Plaintiff may serve and file written objections to this recommendation with the United

States District Judge within fourteen (14) days after being served a copy of this recommendation.

SO RECOMMENDED, this 1st day of October, 2012.

S/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE
