# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| QUENTIN COOKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:12-CV-223(MTT) |
| | ) |
| Warden CARL HUMPHREY, | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Stephen Hyles. (Doc. 11). The Magistrate Judge recommends granting the Plaintiff's Motion to Dismiss, construed by the Magistrate Judge as a motion for voluntary dismissal pursuant to Rule 41(a)(1). The Plaintiff did not file an objection to the Recommendation. The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court. The Plaintiff's Motion to Dismiss is **GRANTED** and his claims are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED,** this the 11th day of October, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT